**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY**

| | |
|---|---|
| ALANZO A. McINTOSH, JR.,<br>　　　　　　　　　**Plaintiff,**<br><br>vs.<br><br>CAPITAL ONE N.A., et al.,<br>　　　　　　　　　**Defendants.** | Case No. 17-CV-02657 DDC/GLR |

**NOTICE OF SETTLEMENT WITH DEFENDANTS**
**CAPITAL ONE N.A., EXPERIAN INFORMATION SOLUTIONS, INC.,**
**TRANS UNION LLC AND EQUIFAX INFORMATION SERVICES LLC ONLY**

　　Comes now Plaintiff Alanzo A. McIntosh, Jr., by and through his undersigned counsel, and hereby notifies the Court that the above-captioned lawsuit has been settled regarding Defendants Capital One N.A., Experian Information Solutions, Inc., Trans Union LLC and Equifax Information Services LLC only. Plaintiff further states:

　　1.　　Plaintiff is Alanzo A. McIntosh, Jr.; Defendants are Capital One N.A., Trident Asset Management LLP, Experian Information Solutions, Inc., Trans Union LLC and Equifax Information Services, LLC.

　　2.　　This case was removed to federal court on November 16, 2017 (Doc. 1).

　　3.　　Plaintiff reached settlements in principle with Defendants Capital One N.A., Experian Information Solutions, Inc., and Equifax Information Services LLC.

　　4.　　Plaintiff and Defendant Trans Union LLC perfected their settlement and filed a Stipulation of Dismissal of Trans Union LLC only on May 22, 2018 (Doc. 50).

　　5.　　Plaintiff has not yet reached a settlement agreement with Defendant Trident Asset Management LLP.

6. Plaintiff anticipates filing a Notice of Dismissal of Defendants Capital One N.A., Experian Information Solutions, Inc., and Equifax Information Services LLC only within 30 days.

Dated: May 25, 2018

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael H. Rapp #25702
Matthew S. Robertson #27254
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0727
Email: AJ@KCconsumerlawyer.com
         MR@KCconsumerlawyer.com
         MSR@KCconsumerlawyer.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on May 25, 2018, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

/s/ A.J. Stecklein
A.J. Stecklein #16330