# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## KANSAS CITY

| | |
|---|---|
| ALANZO A. McINTOSH, JR., <br>                           **Plaintiff,** <br><br> vs. <br><br> CAPITAL ONE N.A., et al., <br>                           **Defendants.** | Case No. 17-CV-02657 DDC/GLR |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY

Plaintiff and Defendant Experian Information Solutions, Inc. file this stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Alanzo A. McIntosh, Jr.; Defendants are Capital One N.A., Trident Asset Management LLP, Experian Information Solutions, Inc., Trans Union LLC and Equifax Information Services, LLC.

2. This case was removed to federal court on November 16, 2017 (Doc. 1).

3. Plaintiff now moves to dismiss the lawsuit against Defendant Experian Information Solutions, Inc. only.

4. Defendant Experian Information Solutions, Inc. agrees to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice to refiling.

10. Each party is to bear its own fees and costs.

        Respectfully submitted,

        By: /s/ A.J. Stecklein
        A.J. Stecklein #16330
        Michael H. Rapp #25702
        Matthew S. Robertson #27254
        Stecklein & Rapp Chartered
        748 Ann Avenue
        Kansas City, Kansas 66101
        Telephone: 913-371-0727
        Facsimile: 913-371-0727
        Email: AJ@KCconsumerlawyer.com
              MR@KCconsumerlawyer.com
              MSR@KCconsumerlawyer.com
        Attorney for Plaintiffs

        By: /s/ Danne W. Webb
        Danne W. Webb #22312
        Andrea S. McMurtry #24746
        Horn Aylward & Bandy, LLC
        2600 Grand Boulevard, Suite 1100
        Kansas City, Missouri 64108
        Telephone: 816-421-0700
        Facsimile: 816-421-0899
        Email: dwebb@hab-law.com
              amcmurtry @hab-law.com

        and

        Jessica C. Casey, admitted *pro hac vice*
        Jones Day
        1420 Peachtree Street, N.E., Suite 800
        Atlanta, Georgia 30309
        Telephone: 404-581-8582
        Facsimile: 404-581-8330
        Email: jcasey@jonesday.com
        Attorneys for Defendant Experian Information Solutions, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing was filed on July 2, 2018, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

                                          /s/ A.J. Stecklein  
                                          A.J. Stecklein #16330