IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY

ALANZO A. McINTOSH, JR.,
                                Plaintiff,

vs.                                        Case No. 17-CV-02657 DDC/GLR

CAPITAL ONE N.A., et al.,
                                Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS EQUIFAX INFORMATION SERVICES LLC AND TRIDENT ASSET MANAGEMENT LLC

Plaintiff and Defendants Equifax Information Services LLC and Trident Asset Management LLP file this stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Alanzo A. McIntosh, Jr.; Defendants are Capital One N.A., Trident Asset Management LLC, Experian Information Solutions, Inc., Trans Union LLC and Equifax Information Services, LLC.

2. This case was removed to federal court on November 16, 2017 (Doc. 1).

3. Plaintiff now moves to dismiss the lawsuit against Defendants Equifax Information Services LLC and Trident Asset Management LLC.

4. Defendants Equifax Information Services LLC and Trident Asset Management LLC agree to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice to refiling.

10. Each party is to bear its own fees and costs.

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael H. Rapp #25702
Matthew S. Robertson #27254
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0727
Email: AJ@KCconsumerlawyer.com
MR@KCconsumerlawyer.com
MSR@KCconsumerlawyer.com
Attorney for Plaintiffs

By: /s/ G. Gabriel Zorogastua
G. Gabriel Zorogastua #23556
Polsinelli PC
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: 816-753-1000
Facsimile: 816-753-1536
Email: GZorogastua@polsinelli.com
Attorney for Equifax Information Services, LLC

By: /s/ Benjamin N. Hutnick
Benjamin N. Hutnick #23666
Berman & Rabin, P.A.
15280 Metcalf Avenue
Overland Park, Kansas 66223
Telephone: 913-649-1555
Facsimile: 913-452-9474
Email: bhutnick@bermanrabin.com
Attorney for Trident Asset Management, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing was filed on July 9, 2018, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

                                        /s/ A.J. Stecklein  
                                        A.J. Stecklein #16330